UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 10-61651-CIV-COHN

FIRST NATIONAL BANK OF
PENNSYLVANIA,

    Plaintiff,

vs.

M/Y MIRAGE, Official No. 1136793, her engines,
etc., in rem, MARGARET JAYSON,
THOMAS JAYSON and THOMAS JAYSON
& ASSOCIATES, INC., in personam,

    Defendants.
_____/

**ORDER DIRECTING THE RELEASE OF A VESSEL
IN ACCORDANCE WITH SUPPLEMENTAL RULE (E)(5)**

    In accordance with Supplemental Rule (E)(5) and Local Admiralty Rule E(8)(a), and pursuant to the Notice of Voluntary Dismissal [DE 20], the United States Marshal, or substitute custodian, is directed to release the vessel currently being held in his custody in the above styled action.  Facsimile/electronic copies of this Order are to have the same effect as the original.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of October, 2010.

_____
JAMES I. COHN
United States District Judge

Copies furnished to:
Andrew Anderson, Esq./Charles Davant, Esq.
(Counsel to forward to pro se Defendants)

U.S. Marshal's Service